COLIN L. COOPER, C.S.B. #144291
KELLIN R. COOPER, C.S.B. #172111
DUSTIN GORDON, C.S.B. #205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES HOLLOWAY

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 99-CR-40169 SBA |
| Plaintiff, | STIPULATED SENTENCE |
| vs. | Honorable Sandra Brown Armstrong |
| JAMES HOLLOWAY, | |
| Defendant. | |

On March 21, 2012, James Holloway was sentenced to eleven months for a supervised release violation in case no. 00-cr-40223. By stipulation of the parties it is agreed that the sentence imposed in case no. 00-cr-40223, should also be imposed in case no. 99-cr-40169. The sentence imposed in 99-cr-40169 will be concurrent with the sentence imposed in case no. 00-cr-40223.

Thus, in case no. 99-cr-40169 Mr. Holloway will be sentenced to eleven months and fourteen months of supervised release. All other terms imposed in case no. 00-cr-40223 shall be imposed in 99-cr-40169. The effective date of this sentence will be March 21, 2012.

Dated: May 8, 2012                          COOPER LAW OFFICES


                                            /s/ Dustin Gordon
                                            Attorneys for Defendant
                                            JAMES HOLLOWAY

Dated: 6/20/12
                                            *Mr James Halloway*
                                            James Holloway

DATED: May 8, 2012                          _____/S/_____
                                            WILLIAM GULLOTTA
                                            Special Assistant United States Attorney


GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

    IT IS HEREBY ORDERED in case no. 99-cr-40169 Mr. Holloway will be sentenced to eleven months and fourteen months of supervised release. All other terms imposed in case no. 00-cr-40223 shall be imposed in 99-cr-40169. The effective date of this sentence will be March 21, 2012.

DATED: 11/2/12                              *Saundra B Armstrong*
                                            SAUNDRA BROWN ARMSTRONG
                                            District Judge
                                            United States District Court